

# Fourth Court of Appeals
## San Antonio, Texas

October 8, 2018

No. 04-18-00421-CV

Pedro **MARTINEZ**, Superintendent of San Antonio Independent School District, et al.,
Appellants

v.

**SAN ANTONIO ALLIANCE OF TEACHERS AND SUPPORT PERSONNEL**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-08318
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

   Appellants' reply brief in this accelerated appeal is currently due October 11, 2018. Appellants have filed a motion for extension of time asking for an additional twenty days in which to file their reply brief. The motion is unopposed. After review, we **GRANT** appellants' motion and **ORDER** appellants to file their reply brief in this court **on or before October 31, 2018.**

   We **order** the clerk of this court to serve a copy of this order on all counsel.

It is so ORDERED on October 8, 2018.

                                                          PER CURIAM

ATTESTED TO: _____
                      KEITH E. HOTTLE,
                      Clerk of Court